No. 03–6234. MESTER *v.* LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6236. THRASH *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 03–6255. EVANS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–6256. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6257. JEFFERY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6261. JOSEPH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6262. MARTINEZ *v.* ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6266. RADCLIFF *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6267. ROBERTS *v.* CALLAHAN, COMMANDER, FORT SILL REGIONAL CORRECTIONAL FACILITY. C. A. 10th Cir. Certiorari denied.

No. 03–6271. PEREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6272. STINES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6275. KING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6282. PEREZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6284. SCHREANE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6285. BROWN *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.